## ATTACHMENT B

All information about the location of the Target Mobile Phone described in <u>Attachment A</u> for a period of thirty days from the date of service of this warrant, during all times of day and night, including:

1. E-911 Phase II data;
2. GPS data;
3. latitude-longitude data;
4. other precise location information; and
5. data about which "cell towers" (i.e., antenna towers covering specific geographic areas) and "sectors" (i.e., faces of the towers) received a radio signal from the Target Mobile Phone.

This warrant does not authorize the collection of any content of any communications.

T-Mobile US, Inc. ("T-Mobile") must furnish the government all information, facilities, and technical assistance necessary to accomplish the collection of the Information about the location of the Target Mobile Phone unobtrusively and with a minimum of interference with T-Mobile's services, including by initiating a signal to determine the location of the Target Mobile Phone on T-Mobile's network, and at such intervals and times directed by the government.  The government shall compensate T-Mobile for reasonable expenses incurred in furnishing such facilities or assistance.

T-Mobile shall not disclose the existence of the search warrant to the listed subscriber or to any other person for a period of one year from the date of this Order, or upon notice by the government within 30 days of the conclusion of its investigation, whichever is earlier, unless the

Court extends such period under 18 U.S.C. § 2705(b).  *See* 18 U.S.C. § 2705(b).  T-Mobile may disclose this Order to an attorney for T-Mobile for the purpose of receiving legal advice.